**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**CURTIS DAVIS AND**                                                            **PLAINTIFFS**
**TARA DAVIS**

**VS.**                               **CIVIL ACTION NO. 3:06CV476-WHB-JCS**

**CITY OF RIDGELAND, MISSISSIPPI, ET AL**            **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal Without Prejudice filed on January 16, 2007, by counsel for Plaintiff, Tara Davis, and counsel for Defendants, all claims of the Plaintiff, Tara Davis, against the City of Ridgeland, Mississippi, are hereby dismissed without prejudice.

SO ORDERED this the 22nd day of January, 2007.

                                                           s/William H. Barbour, Jr.
                                                           UNITED STATES DISTRICT JUDGE